MARIE L. JOHNSON, a member of )
ASK LAW GROUP, )
19349 Ventura Boulevard, Suite 300 )
Sherman Oaks, CA 91423 )
TEL. (818)788-1914 )
FAX  (818)905-8195 )
)
California Bar No: 246374 )
Attorneys for Plaintiff )

FILED

08 JAN 23 PM 3:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARINA GREEN )
) CASE NUMBER:
) '08 CV 0130 JM LSP
) CV - _____
)
)
Plaintiff(s), )
) CERTIFICATION AND NOTICE
v. ) OF INTERESTED PARTIES
PETER D. KEISLER, Acting Attorney ) (Local Rule 7.1-1)
General, Department of Justice; )
MICHAEL CHERTOFF, Secretary of the )
Department of Homeland Security; )
ROBERT MEULLER, III, Director of )
The United States Federal Bureau of )
Investigation; United States )
Citizenship and Immigration )
Services, Chula Vista Sub Office; )
and the UNITED STATES CITIZENSHIP )
AND IMMIGRATION SERVICES )
)
)
Defendants, )
)

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

   The undersigned, counsel of record for MARINA GREEN party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

   PARTY:                                              CONNECTION:

   (Here list the names of all such parties and identify their connection and interest)

Plaintiff, MARINA GREEN, is a resident within the jurisdiction of the Chula Vista Sub Office of the United States Citizenship and Immigration Services ('USCIS').

Dated: November 6, 2007

_____
*(Signature)*
Attorney of Record for MARINA GREEN OR party appearing in pro per

CV-30 (5/02)                    NOTICE OF INTERESTED PARTIES