Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA GREEN<br><br>vs<br>Peter D. Keisler, Acting Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT MEULLER, III, Director of the United States Federal Bureau of Investigation; United States Citizenship and Immigration Services, Chula Vista Sub Office; and the United States Citizenship and Immigration Services | **SUMMONS IN A CIVIL ACTION**<br><br>Case No. 08 cv 0130 JM LSP |

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MARIE L. JOHNSON
ASK LAW GROUP
13949 Ventura Boulevard, Suite 300
Sherman Oaks, CA 91423


An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

| By | , Deputy Clerk |
|---|---|

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER  Natasha D. Nava | TITLE  Paralegal |
| Check one box below to indicate appropriate method of service | |
| ☐ Served personally upon the defendant. Place where served: _____ | |
| ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the summons and complaint were left: _____ | |
| ☐ Return unexecuted: | |
| ☒ Other (specify):  Certify Mail | |
| STATEMENT OF SERVICE FEES | |
| TRAVEL  $0.00 | SERVICES $0.00 | TOTAL $0.00 |
| DECLARATION OF SERVER | |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.<br><br>Executed on: _____<br>　　　　　　　　Date　　　　　　　　Signature of Server<br>　　　　　　　　　　　　　　　　　　　Certify Mail<br>　　　　　　　　　　　　　　　　　　　Address of Server | |
| **NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**<br><br>IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.<br><br>YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.<br><br>JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE. | |

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)