UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARINA GREEN
vs.
MICHAEL MUKASEY, Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, III, Director of the United States Federal Bureau of Investigation and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Chula Vista Sub Office; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

Case No. '08 CV0130 JM LSP

**DECLARATION OF SERVICE**

Person Served:
United States Attorneys Ofice

Date Served:
03/03/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: COMPLAINT, SUMMONS, CIVIL CASE COVER SHEET and CERTIFICATION
in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ✗ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at SHERMAN OAKS, CA on MARCH 03, 2008.

Executed on _____MARCH 03_____, 20 08    at SHERMAN OAKS, CALIFORNIA

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARINA GREEN )
VS. )
 )
MICHAEL MUKASEY, Attorney General, )
Department of Justice; MICHAEL CHERTOFF, )
Secretary of the Department of Homeland )
Security; ROBERT S. MUELLER, III, Director )
of the United States Federal Bureau of )
Investigation and the UNITED STATES )
CITIZENSHIP AND IMMIGRATION )
SERVICES, Chula Vista Sub Office; )
and the UNITED STATES CITIZENSHIP )
AND IMMIGRATION SERVICES )
 )

Case No. '08 CV 0130 JM LSP

**DECLARATION OF SERVICE**

Person Served:
STEVEN BUTCHER

Date Served:
02/19/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: COMPLAINT, SUMMONS, CIVIL COVER SHEET and CERTIFICATION in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X  By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at SHERMAN OAKS CA on FEBRUARY 19, 20 08.

Executed on  FEBRUARY 20, 20 08   at SHERMAN OAKS, CALIFORNIA

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARINA GREEN )
vs. )
)
MICHAEL MUKASEY, Attorney General, )
Department of Justice; MICHAEL CHERTOFF, )
Secretary of the Department of Homeland )
Security; ROBERT S. MUELLER, III, Director )
of the United States Federal Bureau of )
Investigation and the UNITED STATES )
CITIZENSHIP AND IMMIGRATION )
SERVICES, Chula Vista Sub Office; )
and the UNITED STATES CITIZENSHIP )
AND IMMIGRATION SERVICES )

Case No. '08 CV 0130 JM LSP

**DECLARATION OF SERVICE**

Person Served:
MICHAEL MUKASEY

Date Served:
02/19/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: COMPLAINT, SUMMONS, CIVIL COVER SHEET and CERTIFICATION
in the following manner: (check one)

1)     By personally delivering copies to the person served.

2)     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)     By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)    X    By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at SHERMAN OAKS CA on FEBRUARY 19, 20 08 .

Executed on _____ FEBRUARY 20 , 20 08     at SHERMAN OAKS, CALIFORNIA

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA GREEN<br>vs.<br>MICHAEL MUKASEY, Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, III, Director of the United States Federal Bureau of Investigation and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Chula Vista Sub Office; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | Case No. '08 CV 0130 JM LSP<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>MICHAEL CHERTOFF<br><br>Date Served:<br>02/19/08 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: COMPLAINT, SUMMONS, CIVIL COVER SHEET and CERTIFICATION
in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X  By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at SHERMAN OAKS CA     on FEBRUARY 19, 20 08   .

Executed on     FEBRUARY 20  , 20 08        at SHERMAN OAKS, CALIFORNIA

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARINA GREEN )
vs. )
MICHAEL MUKASEY, Attorney General, )
Department of Justice; MICHAEL CHERTOFF, )
Secretary of the Department of Homeland )
Security; ROBERT S. MUELLER, III, Director )
of the United States Federal Bureau of )
Investigation and the UNITED STATES )
CITIZENSHIP AND IMMIGRATION )
SERVICES, Chula Vista Sub Office; )
and the UNITED STATES CITIZENSHIP )
AND IMMIGRATION SERVICES )

Case No. '08 CV 0130 JM LSP

**DECLARATION OF SERVICE**

Person Served:
ROBERT MEULLER, III

Date Served:
02/19/08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
COMPLAINT, SUMMONS, CIVIL COVER SHEET and CERTIFICATION
in the following manner: (check one)

1) By personally delivering copies to the person served.

2) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at SHERMAN OAKS CA on FEBRUARY 19, 20 08 .

Executed on   FEBRUARY 20 , 20 08        at SHERMAN OAKS, CALIFORNIA

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here FEB 20 2008 (Courtesy + chamber Copy of Complaint) |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Hon. Jeffrey T. Miller / U.S. District Court
Street, Apt. No.; or PO Box No. 940 Front Street
City, State, ZIP+4 San Diego, CA 92101

7006 2760 0000 1619 5778

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Jeffrey T. Miller
United States District Court
940 Front Street
San Diego, CA 92101
(Courtesy + Chamber copy)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 FEB 2 5 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0000 1619 5778

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage: $
Certified Fee:
Postmark Here: FEB 20 2008 07
Return Receipt Fee (Endorsement Required): (Complaint)
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Sent To: Steven Butcher
Street, Apt. No.; or PO Box No. 300 N. Los Angeles, Rm 6212
City, State, ZIP+4 Los Angeles, CA 90012

7006 2760 0000 1619 5754

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Steven Butcher
    300 N. Los Angeles
    Room 6212
    Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   U.S. Citizenship and Immigration Services
   FEB 21 2008

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0000 1619 5754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

03-03-08 (Camp Simmons)

Sent To: U.S. Attorney's office, Attn Civil Par Clerk
Street, Apt No; or PO Box No. 880 Front St. Room 6293
City, State, ZIP+4 San Diego, CA 92101-8813

7007 2680 0000 4626 9856

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101-8853
Attn: Civil Processing Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): S Lin
   Date of Delivery: MAR 0 5 2008

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0000 4626 9856

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Postmark
Here
FEB 20 2008
(Carpentree)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $ Michael Mukasey
U.S. Attorney General

Sent To

Street, Apt. No.; 950 Pennsylvania Ave. NW
or PO Box No.
City, State, ZIP+4 Washington D.C. 20530-0001

7006 2760 0000 1619 5761

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Mukasey
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_                ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   _[signature]_                FEB 26 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0000 1619 5761

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



