KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GREEN, | Case No. 08cv0130-JM (LSP) |
| Plaintiff, | |
| v. | JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| MICHAEL B. MUKASEY, U.S. Attorney General; et al., | [Fed. R. Civ. P. 6(b)(1)] |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Mariana Green, by and through counsel, Marie L. Johnson, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to extend the time for Defendants to file their answer or responsive pleading to Plaintiff's Complaint.

The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional time is necessary in order to pursue resolution of Plaintiff's claims without intervention of the Court. Without waiving Defendants' rights to defend the causes of actions and allegations, the parties jointly agreed to request this continuance. The parties have not previously requested such continuance.

//

//

1  Based upon the foregoing, it is respectfully requested that the Court enter an order, under
2  FED. R. CIV. P. 6(b)(1), extending the time for Defendants to file their answer or responsive pleading to
3  Plaintiff's Complaint until **August 4, 2008**.

5  DATED: April 30, 2008                    Respectfully submitted,

6                                           s/ Marie L. Johnson
                                            MARIE L. JOHNSON
7                                           Attorney for Plaintiff
                                            E-mail: Marie@asklawgroup.com

9  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
10 of the United States District Court for the Southern District of California, I certify that the content of this
11 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Marie L.
12 Johnson to affix her electronic signature to this document.

13 DATED: April 30, 2008                    KAREN P. HEWITT
14                                          United States Attorney

15                                          s/ Megan Callan
                                            MEGAN CALLAN
16                                          Assistant U.S. Attorney
                                            Attorneys for Defendants

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, U.S. Attorney General; et al.,<br><br>        Defendants. | Case No. 08cv0130-JM (LSP)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Marie L. Johnson
    Attorney for Plaintiff
    Marie@asklawgroup.com

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 30, 2008.

                                      <u>s/ Megan Callan</u>
                                      Megan Callan