UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GREEN,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL B. MUKASEY, U.S. Attorney General; et al.,<br><br>        Defendants. | Case No. 08cv0130-JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[Docket No. 5] |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 5) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall file their answer or responsive pleading on or before **August 4, 2008.**

**IT IS SO ORDERED.**

DATED: May 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge