KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GREEN, | Case No. 08cv0130-JM (LSP) |
| Plaintiff, | |
| v. | JOINT MOTION TO DISMISS AS MOOT |
| MICHAEL B. MUKASEY, U.S. Attorney General; et al., | [Fed. R. Civ. P. 12(b)(1)] |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Mariana Green, by and through counsel, Marie L. Johnson, and Defendants Michael Mukasey, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to dismiss Plaintiff's Complaint as moot.

On June 4, 2008, United States Customs and Immigration Services ("USCIS") denied Mr. Green's Petition for Alien Relative (Form I-130), filed on Plaintiff's behalf. *See* Exhibit A, Notice of Decision; *see also* Callan Declaration at ¶¶ 2-4. Accordingly, the petition was adjudicated. *See ibid.*

Plaintiff alleged no other basis, independent of the Form I-130, in support of her application to adjust status to lawful permanent resident (Form I-485). Furthermore, additional administrative remedies are available to Mr. Green, in the form of administrative appeal of the I-130 denial. *See* Ex. A at 2; *see also* Callan Decl. at ¶ 6.

Plaintiff's Complaint should be dismissed as moot because USCIS has adjudicated the Form I-130 and the denial of that petition renders Plaintiff's I-485 moot. There is no relief left for the Court to order. Accordingly, the parties jointly request that the Court dismiss the Complaint as moot.

Based upon the foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P. 12(b)(1), dismissing the Complaint as moot.

DATED: August 4, 2008                    Respectfully submitted,

s/ Marie L. Johnson
MARIE L. JOHNSON
Attorney for Plaintiff
E-mail: Marie@asklawgroup.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Marie L. Johnson by telephone to affix her electronic signature to this document. *See also* Callan Decl. at ¶ 5.

DATED: August 4, 2008                    Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Megan Callan
MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendants