1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8

                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11

   MARIANA GREEN,                      )    Case No. 08cv0130-JM (LSP)
12                                      )
                  Plaintiff,            )
13                                      )    DECLARATION OF MEGAN CALLAN
         v.                             )
14                                      )
   MICHAEL B. MUKASEY, U.S. Attorney   )
15 General; et al.,                     )
                                        )
16                Defendants.           )
   _____)
17

18 I, Megan Callan, declare as follows:

19      1.  I am the Assistant U.S. Attorney assigned primary responsibility for the above captioned case

20 pending before this Court.  I make this declaration based upon personal knowledge, and if called to testify

21 about the fact included herein, I could and would do so competently.

22      2. On June 11, 2008, I was informed by U.S. Citizenship & Immigration Services ("USCIS") that

23 USCIS denied Mr. Green's Petition for Alien Relative (Form I-130), filed on Plaintiff's behalf.  A true

24 and correct copy of that notice of decision is attached hereto.

25      3. On June 11, 2008, I was informed by USCIS that USCIS mailed the notice of decision to the

26 applicant.

27 //

28 //

1    4. I forwarded an electronic copy of the notice of denial to counsel of record for Plaintiff in this

2 matter and requested, on the basis of the denial, that Plaintiff agree to join Defendants in moving to

3 dismiss the case as moot.

4    5. Plaintiff's counsel telephoned me and agreed that the case was moot on the basis of the notice

5 of decision.

6    6. Before the immigration judge, applicants may raise any available defense to removal or

7 requests for adjustment of status.

8    7. Based upon this information that USCIS has denied Mr. Green's petition on behalf of Plaintiff,

9 it is my understanding and belief that the above captioned case is moot.

10    I declare under the laws of the United States of America that the foregoing is true and correct.

11    Executed this 4th day of August 2008.

12                                         s/ Megan Callan

13                                         _____
                                           Megan Callan
                                           Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Department of Homeland Security
Front Street, Room 1234
San Diego, CA 92101



U.S. Citizenship
and Immigration
Services

Date: June 4, 2008

JUN 1 1 2008

Mr. Keith Allen Green



### NOTICE OF DECISION

# COPY

Refer to file no.:

Dear Mr. Green:

This notice is in reference to Form I-130, Petition for Alien Relative, which you filed on behalf of
Marina Pereira Green, under section 201(b) of the Immigration and Nationality Act, as amended,
as the spouse of a United States citizen. The petition was filed on July 25, 2005.

On April 15, 2008, Citizenship and Immigration Services, mailed you a Notice of Intent to Deny
your I-130, Petition for Alien Relative spouse Marina Pereira Green. The reasons for the Intent to
Deny were stated in that letter and you were accorded thirty (30) days in which to offer evidence in
support of the petition and in opposition to the proposed denial. On May 19, 2008,
your attorney mailed a response to the Intent to Deny and argued that although there are minor
contradictions in the testimony given separately during your interview, conducted at the Chula Vista
Customer Service Center on, April 20, 2006, he believes you and your husband are in a bona fide
marital relationship. The contradictions in testimony given by the petitioner and beneficiary while
they were interviewed separately on April 20, 2006, do not constitute the sole reason for
determining that their marriage was not in fact a bona fide marriage, but those contradictions when
considered along with testimony given by the petitioner during an NCIS interview, contribute to the
conclusion that the marriage is indeed not a bona fide marriage. Your attorney alleges with no
corroborating proof that, in reference to a sworn statement signed by the petitioner during an NCIS
interview conducted on October 12 2006, that; "There is no doubt in my mind that the NCIS
coerced Mr. Green into signing a statement that he did not write, at a time when he was still
suffering from the effects of a serious brain injury, and that the Navy investigators held Mr. Green
captive for seven hours, during which time they refused to allow him to eat or take prescription
medication and painkiller for his delicate mental condition." Because of the attorney's unproven
allegations the attorney goes on to claim that, "As such, the NCIS "product" is tainted and should
not be relied up to any –ANY- extent whatsoever". The Service has no reason to disbelieve the
information contained in the NCIS investigation, and no reason to believe that there is any truth to
the egregious allegations claimed against NCIS investigators by the attorney in his statements.
NCIC officers routinely require the individual who is about to be interviewed to sign a sworn
statement to the effect that the individual was not in any way coerced and that the individual is
making all statements freely and voluntarily. The petitioner signed such a statement. Statements

**Ex A**

www.uscis.gov

made by the petitioner during the NCIS interview reflect doubt on the bona fides of this marriage. Additional documentation was submitted in an effort to provide proof of the bona fides of this marriage. The information provided in the response to the Intent does not overcome the reasons for denial.

Accordingly, the visa petition is denied.

You may, if you wish, appeal this decision to the Board of Immigration Appeals by completing the enclosed Notice of Appeal (Form EOIR-29), along with the appropriate fees. Current filing fees may be found at www.uscis.gov.

RE: ██████████
Keith Allen Green

You must submit such appeal to **THIS OFFICE**, at the address shown above, within 30 calendar days, from the date of this notice,(33 days if this notice was received by mail).

If no appeal is filed within the time allowed, this decision is final.

Sincerely,

Paul M. Pierre
District Director

cc: Alan M. Anzarouth
    3111 Camino del Rio North, Suite 400
    San Diego, CA. 92108

SND002718