KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIANA GREEN, | ) | Case No. 08cv0130-JM (LSP) |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, U.S. Attorney | ) | |
| General; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO DISMISS AS MOOT (with attached declaration) on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Marie L. Johnson
Attorney for Plaintiff
marie@asklawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2008.

s/ Megan Callan
Megan Callan