# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA GREEN,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL B. MUKASEY, U.S. Attorney General; et al.,<br><br>           Defendants. | Case No. 08cv0130-JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS AS MOOT<br><br>[Docket No. 7] |

Having considered the parties' Joint Motion to Dismiss the above captioned case as moot (Doc. No. 7) and finding the motion meritorious, the Court GRANTS the motion and ORDERS that the case is dismissed as moot.

IT IS SO ORDERED.

DATED: August 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge